NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BOAZ PLEASANT-BEY,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2011-5118

---

Appeal from the United States Court of Federal Claims in case no. 11-CV-258, Judge Edward J. Damich.

---

## ON MOTION

---

## ORDER

Boaz Pleasant-Bey moves for leave to proceed in forma pauperis.

Pleasant-Bey is incarcerated. Pursuant to the Prisoner Litigation Reform Act of 1995, this court may not authorize the prosecution of an appeal by a prisoner without the prepayment of fees. 28 U.S.C. § 1915. A prisoner is no longer afforded the alternative of proceed-

ing without payment of filing fees, but must, in time, pay the $450 filing fee in its entirety. When funds exist, an initial partial payment must be made consisting of 20% of the greater of (a) the average monthly deposits to the prisoner's account or (b) the average monthly balance in the prisoner's account for the six-month period immediately preceding the filing of the notice of appeal. 28 U.S.C. § 1915(b)(1). Thereafter, the prisoner is required to make monthly payments of 20% of the preceding month's income credited to the prisoner's account. 28 U.S.C. § 1915(b)(2). The agency with custody of the prisoner must forward payments from the prisoner's account each time the amount in the account exceeds $10 until the $450 filing fee is paid in full. *Id.*

By separate letter, the custodian of Pleasant-Bey's prison account is being directed to make the necessary arrangements to forward the filing fee to the court.

Accordingly,

IT IS ORDERED THAT

Pleasant-Bey's motion to proceed in forma pauperis is denied.

FOR THE COURT

**OCT 0 7 2011**

Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Boaz Pleasant-Bey
    Daniel G. Kim, Esq.

s20

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

**OCT 0 7 2011**

JAN HORBALY
CLERK